UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60153-CR-ALTONAGA/STRAUSS

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DONNA RUSH-NEWMAN**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation on Change of Plea, entered on September 29, 2023 [ECF No. 14]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 14]** is **AFFIRMED AND ADOPTED**, and Defendant, Donna Rush-Newman's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 18th day of October, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Jared M. Strauss